IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
*(Electronically Filed)*

| | |
|---|---|
| DOUGLAS K. BOULTON, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:18-CV-00001-TBR |
| | ) |
| BAPTIST HEALTHCARE SYSTEM, INC. | ) |
| d/b/a BAPTIST HEALTH PADUCAH | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER OF DISMISSAL**

Baptist Healthcare System, Inc. d/b/a Baptist Health Paducah and Douglas K. Boulton, by counsel, hereby agree that all claims made, and all claims which could have been made in the within action, are dismissed, with prejudice and with each party bearing its own costs and attorney's fees.

**SO ORDERED**